

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00248-CV

**SHARED PEER HOLDINGS, LLC**, d/b/a RVShare.com,
Appellant

v.

**SA AMERICAN DREAM VACATIONS, LLC**, d/b/a American Dream Vacations,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-13218
Honorable Laura Salinas, Judge Presiding

PER CURIAM

Sitting:        Sandee Bryan Marion, Chief Justice
               Luz Elena D. Chapa, Justice
               Jason Pulliam, Justice

Delivered and Filed:  May 20, 2015

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not disclose an agreement of the parties regarding the assessment of costs, we order all costs of the appeal assessed against appellant. *See* TEX. R. APP. P. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).

PER CURIAM